IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:12CR404 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| JEFFREY ASHBY | |
| Defendants. | |

This matter is before the Court on the government's Motion for Dismissal without prejudice (Filing No. 7). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's Motion for Dismissal without prejudice (Filing No. 7) is granted.

Dated this 2nd day of October 2019.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
Senior United States District Judge